# United States District Court
### Eastern District of Michigan

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| NARAYAN THADANI | Case Number: 08CR20290-1 |
| | USM Number: 82623-179 |
| [AKA: Narayan Thadari] | |
| | Miriam L. Siefer and Andrew N. Wise |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ Pleaded guilty to count(s)  **One, Two and Three of the Second Superseding Information**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1958 | Murder for Hire | 4/24/08 | 1 & 2 |
| 18 U.S.C. 373 | Solicitation to Commit a Crime of Violence | 4/24/08 | 3 |

   The defendant is sentenced as provided in pages **2 through 6** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 6, 2010
Date of Imposition of Judgment

s/Gerald E. Rosen
United States Chief Judge

October 8, 2010
Date Signed

DEFENDANT:  NARAYAN THADANI
CASE NUMBER:  08CR20290-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

    **See next page for imprisonment terms.**

The court makes the following recommendations to the Bureau of Prisons:  **that the defendant be designated to a facility that will provide both the medical and mental health treatment that defendant requires.  It is a further recommendation that the defendant be designated to either the federal medical center at Butner or Lexington.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

                                                                                    _____
                                                                                     United States Marshal

                                                                                    _____
                                                                                    Deputy United States Marshal

DEFENDANT:  NARAYAN THADANI
CASE NUMBER:  08CR20290-1

## ADDITIONAL IMPRISONMENT TERMS

LIFE, without parole on Counts One and Two.  With regards to Count Three, the defendant is committed to the custody of the Bureau of Prisons for a term of 240 months.  All counts shall be served concurrently.

The Court waives the imposition of a fine and the costs of incarceration.

While in custody, the dendant shall participate in the Inmate Financial Responsibility Program (IFRP).  The Court is aware of the requirements of the program and approves of the payment schedule of this program, and hereby orders the defendant's compliance.

The Court further orders that the defendant shall not financially profit from his crime in any way, form or manner.

In addition, the defendant shall have no communication, either written, verbal or electronic with the victim or her family and the defendant shall have absolutely no contact with the victim or her family.

DEFENDANT:  NARAYAN THADANI
CASE NUMBER:  08CR20290-1

# CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 300.00 | $ 0.00 | $ 9,141.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Suman Chhabra | $9,141.00 | $9,141.00 | |
| **TOTALS:** | $ 9,141.00 | $ 9,141.00 | |

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

**the interest requirement is waived for the restitution**

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: NARAYAN THADANI
CASE NUMBER: 08CR20290-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Restitution payments should be made payable to the Clerk of the Court for transfer to the victim.

DEFENDANT: NARAYAN THADANI
CASE NUMBER: 08CR20290-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
[B] Payment to begin immediately (may be combined with F below)

[F] Special instructions regarding the payment of criminal monetary penalties: **Any payment to the outstanding criminal monetary penalty shall be applied first to the special assessment and then restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program. The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 08-20290-2 Douglas Tobar | $9,141.00 | $9,141.00 | Suman Chhabra |

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.